

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00372-CV

## EX PARTE MILTON LEE GARDNER

**From the 77th District Court
Limestone County, Texas
Trial Court No. J-291-A-1**

## ORDER

Milton Lee Gardner's "Motion to Suspend 10th Court of Appeals Local Rule 12(a)" and "Motion to Accept Appellants Reply Brief" are granted. Gardner is permitted to file one original of his reply brief with the Court and serve a copy of his reply brief on the State. *See* TEX. R. APP. P. 2. Further, Gardner's reply brief was filed with the Court on April 22, 2016.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion Granted
Order issued and filed May 5, 2016

